IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILMER VARGAS, Individually and on behalf of all others similarly situated, Plaintiffs, § § § § | |
| V. § | CIVIL ACTION NO. H-11-0875 |
| § HWC GENERAL MAINTENANCE, LLC; § HOUSTON WINDOW CLEANING, LLC; § and JOSE A. ORANTES, § Defendants. § | |

## ORDER

Before the Magistrate Judge upon referral from the District Judge is Defendants HWC General Maintenance, LLC's Motion to Quash Deposition Notice (Document No. 18). In that motion, Defendant seeks to quash the deposition notice for Jose A. Orantes, which was set for March 13, 2012, on the basis that Plaintiff's counsel did not confer with Defendant's counsel about the date, and Defendant's counsel is not available on that date.

Having considered the motion, the response in opposition, Defendant's counsel's unavailability, and Plaintiff's pervious request for available dates for the deposition, it is

ORDERED that Defendants HWC General Maintenance, LLC's Motion to Quash Deposition Notice (Document No. 18) is GRANTED and the deposition of Jose A. Orantes for March 13, 2012, is QUASHED. However, it is further

ORDERED that Defendants shall make Mr. Orantes available for deposition no later than March 16, 2012, with the specific date and time to be arranged between counsel.

Signed at Houston, Texas, this 23rd day of February, 2012.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE